IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION


United States of America,

          Plaintiff,

vs.                                    Case No. CR2-06-240(1)

                                      JUDGE MARBLEY

Jamil Shalash,

          Defendant,


## OPINION

This matter is before the Court on Plaintiff's Motion to Consolidate this case with matter number CR2-07-003. The prosecution and Defendant have reached a plea agreement that covers the offenses charged in the indictments in both this case and matter CR2-07-003. Defendant does not oppose this motion. As such, the Court grants Plaintiff's Motion to Consolidate.

      **IT IS SO ORDERED.**

                                  **ALGENON L. MARBLEY, JUDGE**
                                  **United States District Court**


**DATE: January 9, 2007**